UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Meaghan and Robert Burton | § § | |
| *versus* | § § | Case Number: 4:18−cv−03896 |
| National General Insurance Company | § | |

## Notice of Reassignment

    Pursuant to Special Order No. 2019−3, this case is reassigned to the docket of United States District Judge George C Hanks, Jr. Deadlines in scheduling orders remain in effect, and all court settings are vacated

Date: September 3, 2019

David J. Bradley, Clerk