UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **MEAGHAN AND ROBERT BURTON**     **PLAINTIFFS,** | § § § |
| V. | §  **CIVIL ACTION NO.: 4:18-CV-03896** |
| **NATIONAL GENERAL INSURANCE COMPANY**     **DEFENDANT.** | § § § § § |

## NOTICE OF SETTLEMENT

Defendant, National General Insurance Company, a Write-Your-Own ("WYO") carrier participating in the U.S. Government's National Flood Insurance Program ("NFIP"), pursuant to the National Flood Insurance Act of 1968, as amended (42 U.S.C. § 4001, *et seq*.), appearing herein its "fiduciary"[1] capacity as the "fiscal agent of the United States,"[2] by and through its undersigned counsel and on behalf of the parties, hereby notifies the Court that the above-styled matter has been amicably resolved.  Counsel are finalizing the appropriate settlement documents and will thereafter file an appropriate Stipulation for Dismissal and Order with the Court.

Dated:  May 5, 2020.

Respectfully submitted,

**NIELSEN & TREAS, LLC**

By: */s/ Iliaura Hands*
Iliaura Hands

---

[1] 44 C.F.R. § 62.23(f).
[2] 42 U.S.C. § 4071(a)(1).

TX State Bar #24033597
USDC SDTX #26871
Keith M. Detweiler
TX State Bar #24052089
USDC SDTX #968480
Kim Tran Britt
TX Fed. Bar #594865
LA State Bar #24896
3838 North Causeway Boulevard, Suite 2850
Metairie, Louisiana 70002
Telephone: 504-837-2500
Facsimile: 504-832-9165
Email: ihands@nt-lawfirm.com
kdetweiler@nt-lawfirm.com
kbritt@nt-lawfirm.com

**AND**

**BAKER & HOSTETLER, LLP**

Douglas D. D'Arche
State Bar No. 00793582
Bradley K. Jones
State Bar No. 24060041
811 Main St., Suite 1100
Houston, Texas 77002
P: (713) 751-1600; F: (713) 751-1717
E-mail: ddarche@bakerlaw.com
bkjones@bakerlaw.com
*Counsel for Defendant, National General Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2020, a copy of the above pleading has been served on all counsel of record by CM/ECF system to the following:

Shane McClelland
Law Office of Shane McClelland
440 Cobia Drive, Suite 101
Katy, TX 77494
Email:  Shane@hmtrial.com

And

Martin Bienstock
Bienstock PLLC
1629 K St. NW, Suite 300
Washington, DC 20006
Email: MBienstock@BienstockPLLC.com

*Counsel for Plaintiffs*

            */s/ Iliaura Hands*
            Iliaura Hands